# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| PATRICIA NAVE,<br><br>            Plaintiff,<br><br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>            Defendant. | 2:15-cv-01317-JCM-VCF<br>**ORDER** |

Before the court is the Joint Statement Regarding Proposed Scheduling Order (#15).

IT IS HEREBY ORDERED that a hearing on the Joint Statement Regarding Proposed Scheduling Order (#15) is scheduled for 10:00 a.m., April 28, 2016, in courtroom 3D.

DATED this 25th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE