# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PATRICIA E. NAVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SELECT PORTOLIO SERVICING, INC.,<br><br>　　　　Defendant. | 2:15-cv-01317-JCM-VCF<br><br>**ORDER** |

　　　Before the court is Defendant's Motion to Stay Action (#21).

　　　IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Stay Action (#21) is scheduled for 10:00 a.m., May 20, 2016, in courtroom 3D.

　　　IT IS FURTHER ORDERED that the discovery hearing scheduled for April 28, 2016 is VACATED and RESCHEDULED to 10:00 a.m., May 20, 2016.

　　　DATED this 27th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE