TIFFANY CHEUNG (*Admitted Pro Hac Vice*)
TCheung@mofo.com
GRANT C. SCHRADER (*Admitted Pro Hac Vice*)
GSchrader@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
ccrowton@wrightlegal.net

*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA NAVE,<br><br>            Plaintiff,<br><br>     vs.<br><br>SELECT POTFOLIO SERVICING, INC,<br><br>            Defendant. | Case No.:   2:15-cv-01317-JCM-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STAY ACTION AND PROPOSED SCHEDULING ORDER**<br><br>**FIRST REQUEST** |

sf-3650455

1  WHEREAS, on April 8, 2016, defendant Select Portfolio Servicing, Inc. ("SPS") filed a
2  motion to stay this action (Dkt. No. 21);

3  WHEREAS, on April 27, 2016, the Court issued an order setting a hearing on SPS's
4  motion to stay and the proposed scheduling order for May 20, 2016 (Dkt. No. 23);

5  WHEREAS, the parties are actively engaged in discussions regarding the claims and
6  defenses in this case, and have agreed to participate in a mediation that is scheduled for May 27,
7  2016;

8  WHEREAS, a continuance of the May 20 hearing would facilitate the parties' focus on
9  resolving the case, thereby potentially conserving the parties' and the Court's resources;

10  WHEREAS, this is the parties' first request to continue this hearing date, and the fourth
11  request to extend a deadline in this case;

12  IT IS HEREBY STIPULATED by the parties, through their counsel, that, subject to the
13  Court's approval, the May 20 hearing on SPS's motion to stay and the proposed scheduling order
14  be continued to June 15, 16, or 17, 2016, or such later time as determined by the Court.

15  IT IS SO STIPULATED.

16  DATED this 10th day of May, 2016.

18  MORRISON & FOERSTER LLP                KAZEROUNI LAW GROUP, APC

    */s/ Tiffany Cheung*                   */s/ Michael Kind*
20  Tiffany Cheung                         Michael Kind, Esq.
    Admitted Pro Hac Vice                  Nevada Bar No. 13903
21  425 Market Street                      7854 W. Sahara Avenue
    San Francisco, California 94105        Las Vegas, Nevada 89117
22  *Attorney for Defendant Select Portfolio*   *Attorney for Plaintiff Patricia Nave*
23  *Servicing, Inc.*

                                           IT IS HEREBY ORDERED that the hearing is rescheduled
                                           to 10:00 a.m., June 15, 2016, in courtroom 3D.
    **IT IS SO ORDERED.**
25              12th
    DATED this ___ day of May, 2016.

                                           _____
                                           MAGISTRATE JUDGE CAM FERENBACH

1

sf-3650455

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of MORRISON & FOERSTER LLP and that service of the foregoing **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO STAY ACTION AND PROPOSED SCHEDULING ORDER** was made on the 10th day of May, 2016, to all counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Tiffany Cheung*
TIFFANY CHEUNG

sf-3650455

2