Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Sara Khosroabadi, Esq.
NV Bar No. 13703
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
FAX: (619) 297-1022
sara@westcoastlitigation.com

*Attorneys for Plaintiff Patricia E. Nave*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA NAVE, | Case No.:  2:15-cv-01317-JCM-VCF |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL AND ORDER** |
| SELECT PORTFOLIO SERVICING, INC, | |
| Defendant. | |

sf-3662923

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Patricia Nave ("Plaintiff")
2  and Defendant Select Portfolio Servicing, Inc. hereby stipulate and request an order dismissing
3  the above-captioned action in its entirety.  The claims alleged on behalf of Plaintiff as an
4  individual will be dismissed with prejudice.  The claims alleged on behalf of the putative class
5  members will be dismissed without prejudice.  Each party shall bear its own costs and attorneys'
6  fees.

DATED this 13th day of July, 2016.

MORRISON & FOERSTER LLP

 /s/    Tiffany Cheung
Tiffany Cheung
Admitted Pro Hac Vice
425 Market Street
San Francisco, California 94105
*Attorney for Defendant Select Portfolio Servicing, Inc.*

KAZEROUNI LAW GROUP, APC

*/s/ Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
*Attorney for Plaintiff Patricia Nave*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: July 14, 2016

1

sf-3662923

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing **JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** was made on the 13th day of July, 2016, to all counsel identified on the CM/ECF System via Electronic Notification.

                                              /s/ Michael Kind
                                              Michael Kind